**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7580**

JEVON EDWARD BROWN,

              Plaintiff - Appellant,

         v.

PATRICK, Virginia Department of Corrections Officer, C/O,
employee for Unit #27; MR. RAGSDALE, Virginia Department of
Transportation, Forman, "Crew Virginia"; MS. FRANCHER,
Virginia Department of Corrections, Unit #27, Medical Care
Assistant/Personnel; R. GRAMMER, Virginia Department of
Corrections, Unit #27, former inmate; J. H. SNODGRASS; A.
HARRIS,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:08-cv-01345-TSE-TRJ)

Submitted: March 29, 2012              Decided: April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jevon Edward Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jevon Edward Brown appeals the district court's order denying his self-styled motion for permission to appeal, which the district court construed as a Fed. R. Civ. P. 60(b) motion, and has filed motions for appointment of counsel and for a transcript at government expense. We have reviewed the record and find no reversible error. Accordingly, we deny Brown's motions and affirm for the reasons stated by the district court. Brown v. Patrick, No. 1:08-cv-01345-TSE-TRJ (E.D. Va. filed Nov. 2, 2011; entered Nov. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED